George R. Hirsch (GH 8284)
BRESSLER, AMERY & ROSS, P.C.
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200

- and –

Adam S. Hakki (AH 3561)
(pro hac vice papers to be submitted)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4924
Attorneys for Defendants Winchester Global
Trust Company Limited and RTL International Limited

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, P.A., <br><br> Plaintiff, <br><br> v. <br><br> WINCHESTER GLOBAL TRUST COMPANY, TAX LIEN TRUST, RTL and JOHN DOE COMPANIES (1-5), <br><br> Defendants. | Civil Action No. <br><br><br> **NOTICE OF REMOVAL** |

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that Defendants Winchester Global Trust Company Limited and RTL International Limited, by their undersigned attorneys, hereby remove the referenced action from the Superior Court of New Jersey, Law Division, Atlantic County, where the action is now pending, and state as follows:

1.  Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Winchester Global Trust Company Limited ("Winchester") and RTL International Limited ("RTL") hereby remove the action commenced in the Superior Court of New Jersey, Law Division, Atlantic County by the filing of a summons and complaint captioned *Youngblood, Corcoran, Lafferty, Hyberg & Waldman, P.A. v. Winchester Global Trust Company, Tax Lien Trust, RTL and John Doe Companies 1-5*, Docket No. ATL-L-2586-05 on April 15, 2005 (the "Action"). Copies of the Summons and Complaint, Track Assignment Notice and State Civil Case Information Statement are annexed hereto as Exhibit "A."

2.  This is the appropriate court to which this action should be removed because this district embraces the place where the Action was filed and remains pending.

3.  This case is properly removable pursuant to 28 U.S.C. § 1441(a) and (b) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) by reason of the parties' diversity of citizenship. The matter in controversy exceeds $75,000, exclusive of interest and costs, with respect to the named plaintiffs.

4.  According to the complaint, plaintiff is organized under the laws of the State of Jersey and has its principal place of business in the State of New Jersey.

5.  Winchester is a trust company organized under the laws of Bermuda and has its principal place of business in Bermuda.

6.  RTL is organized under the laws of the British Virgin Islands and has its principal place of business in Bermuda.

7.  Defendant Tax Lien Trust ("TLT") was a Bermuda trust and had its principal place of business in Bermuda. Upon information and belief, TLT no longer has

assets and was dissolved by resolution and/or by operation of law.  To the extent TLT exists (and, upon information and belief, it does not exist), it hereby consents to removal through its trustee, Winchester.

8. Removal of the Action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty days of the receipt by Winchester and RTL of a copy of the initial pleading setting forth the claim for relief upon which the Action is based.

9. A copy of this notice will be provided to plaintiff and filed with the clerk of the Superior Court of New Jersey, Law Division, Atlantic County as required by 28 U.S.C. § 1446(d).

10. Winchester, RTL, and TLT (to the extent applicable) reserve all rights, defenses, and claims and waive no rights by virtue of the removal of the Action.

WHEREFORE, Winchester and RTL respectfully request that the Action now pending in the Superior Court of New Jersey, Law Division, Atlantic County, be removed to the United States District Court for the District of New Jersey.

> BRESSLER, AMERY & ROSS, P.C.
> Attorneys for Defendants Winchester Global
> Trust Company Limited and RTL International Limited
>
> By: _____
> George Hirsch

Dated: May 26, 2005

# EXHIBIT A

Revised effective 10/1/02

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division – Civil Part pleadings (not motions) under R. 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

**RECEIVED and FILED**
APR 15 2005
ATLANTIC COUNTY
LAW DIVISION

**FOR USE BY CLERK'S OFFICE ONLY:**

| PAYMENT TYPE: | CK | CG | CA |
|---|---|---|---|
| CHG/CK NO: | | | |
| AMOUNT: | | | |
| OVERPAYMENT: | | | |
| BATCH NUMBER: | | | |

ATTORNEY/PRO SE NAME: CHAD M. SHERWOOD, ESQUIRE
TELEPHONE NUMBER: 609-645-2201
COUNTY OF VENUE: ATLANTIC

FIRM NAME: YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, PA
3205 FIRE ROAD; P.O. BOX 850
PLEASANTVILLE, NEW JERSEY 08232

DOCKET NUMBER (WHEN AVAILABLE): ATL-L-2586-05

DOCUMENT TYPE: COMPLAINT

JURY DEMAND   [ ] YES [X] NO

NAME OF PARTY (E.G. JOHN DOE, PLAINTIFF): PLAINTIFF, YOUNGBLOOD, CORCORAN, LAFFETY, HYBERG & WALDMAN, P.A.

CAPTION: YOUNGBLOOD, ET ALS V. WINCHESTER GLOBAL, ET ALS

Case Type Number:
(see reverse side for listing):  599

IS THIS A PROFESSIONAL MALPRACTICE CASE?   [ ] YES  [X] NO
IF YOU HAVE CHECKED "YES", SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT

Related Cases Pending?   [ ] Yes  [X] No

IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?   [ ] Yes  [X] No

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN:
[X] NONE   [ ] UNKNOWN

**THE INFORMATION ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?   [X] YES  [ ] NO

IF YES, IS THAT RELATIONSHIP
[ ] EMPLOYER-EMPLOYEE  [ ] FRIEND / NEIGHBOR
[ ] FAMILIAL   [X] BUSINESS

[ ] OTHER (EXPLAIN) _____

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   [ ] YES  [X] NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

♿

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?   [ ] Yes  [X] No
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION:

WILL AN INTERPRETER BE NEEDED? [ ] YES [X] NO   IF YES, FOR WHAT LANGUAGE:

ATTORNEY SIGNATURE: _____

| PAGE 2 | Use for initial pleadings (not motions) under *Rule* 4:5-1 |
|---|---|



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track- I __ 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY
- 502  BOOK ACCOUNT
- 503  COMMERCIAL TRANSACTION
- 505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 599  CONTRACT
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)

**Track II __ 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 602  ASSAULT AND BATTERY
- 603  AUTO NEGLIGENCE - PERSONAL INJURY
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE - PROPERTY DAMAGE
- 699  TORT - OTHER

**Track III ___ 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV ___ Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL COVERAGE LITIGATION
- 234  FRT PLYWOOD LITIGATION
- 245  ACTIONS UNDER FEDERAL Y2K ACT    303    MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 613  REPETITIVE STRESS SYNDROME
- 701  ACTIONS IN LIEU OF PREROGATIVE WRIT

**Mass Tort (Track IV)**
- 240  DIET DRUG                       601  ASBESTOS
- 241  TOBACCO                         612  BLOOD-CLOTTING SERUM
- 243  LATEX                           702  LEAD PAINT
- 246  REZULIN
- 247  PROPULSID
- 248  CIBA GEIGY
- 264  PPA

999 OTHER (Briefly describe nature of action) _____

_____

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."**

**YOUNGBLOOD CORCORAN LAFFERTY**
  **HYBERG & WALDMAN, P.A.**
3205 Fire Road; Post Office Box 850
Pleasantville, New Jersey 08232
(609)645-2201 telephone/(609)645-8959 facsimile

Attorneys for Plaintiffs
Our File No.

RECEIVED and FILED
APR 15 2005
ATLANTIC COUNTY
LAW DIVISION

---

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, P.A.,<br><br>Plaintiff(s)<br><br>v.<br><br>WINCHESTER GLOBAL TRUST COMPANY, TAX LEIN TRUST, RTL and JOHN DOE COMPANIES (1-5),<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>Docket No. ATL-L-2586-05<br><br>**CIVIL ACTION**<br><br>**COMPLAINT** |

The plaintiffs, Youngblood, Corcoran, Lafferty, Hyberg & Waldman, P.A., by way of Complaint against the defendants, Winchester Global Trust Company, whose address is 20 Reid Street, Hamilton Bermuda HM II, Tax Lein Trust c/o Winchester Global Trust Company, RTL c/o Winchester Global Trust Company, and John Doe Companies (1-5), say:

### FIRST COUNT

1. Plaintiffs are attorneys-at-law of the State of New Jersey engaged in the practice of law at 3205 Fire Road, City of Pleasantville, Atlantic County, New Jersey.

2. Defendant, Winchester Global Trust Company is, upon information and belief, a company organized and licensed to do business in the Country of Bermuda.

3. Defendant, Winchester Global Trust Company is, upon information and belief, the successor in interest to the obligations of defendants Tax Lien Trust and RTL.

4. Defendant, John Doe Companies 1-5, are, upon information and belief, successors in interest to the obligations of all named defendants.

5. Plaintiff and defendants reached an agreement whereby plaintiff would represent defendants and perform legal services on their behalf.

6. Defendants promised and agreed to pay plaintiff the reasonable value of the services to be rendered, together with all reasonable and necessary disbursements and costs incurred on defendants' behalf.

7. Plaintiff has performed all of the services so requested and required.

8. The reasonable value of the services so rendered was in the sum of $126,593.24 as is more particularly described in **Exhibit "A"** attached hereto and made a part hereof.

9. The services of plaintiff were completed prior to December, 2004. On that date, plaintiff rendered its final bill to defendants.

10. Plaintiff has demanded from defendants payment of the balance of $126,593.24 which includes any and all interest accrued to date but defendants have neglected and refused to pay the same or any part hereof.

11. On March 2, 2005, plaintiff mailed to defendant a formal notice advising the defendant of the right to pursue arbitration in

accordance with New Jersey Court Rule 1:20A-6. A copy of said letter is attached hereto and made a part hereof as **Exhibit "B."**

12. Defendant has not requested arbitration.

WHEREFORE, plaintiff demands judgment against the defendants for the sum of One Hundred Twenty Six Thousand, Five Hundred Ninety Three Dollars and Twenty-Four Cents ($126,593.24) together with costs and interest.

## CERTIFICATION PURSUANT TO R. 4:5-1

I, Chad M. Sherwood, Esquire, certify as follows:

1. The matter in controversy in this Complaint is not the subject of any other action pending in any Court or of a pending arbitration proceeding.

2. There are no other known parties who should be joined in this action at this time.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

```
                        YOUNGBLOOD, CORCORAN, LAFFERTY,
                        HYBERG & WALDMAN, P.A.


                        BY: _____
                            Chad M. Sherwood, Esquire
                            Attorneys for Plaintiff
```

Date: April 14, 2005

Exhibit A

# YOUNGBLOOD CORCORAN LAFFERTY HYBERG & WALDMAN P.A.

COUNSELLORS AT LAW
ESTABLISHED 1878

ATLANTIC CITY OFFICE
Post Office Box 1739
Atlantic City, NJ 08401
Tel 609-645-2201
Fax 609-645-8959

MAIN OFFICE
3205 Fire Road
Post Office Box 850
Pleasantville, NJ
08232-0850

Tel 609-645-2201
Fax 609-645-8959
Email@yclegal.com

CAPE MAY COUNTY OFFICE
211 N. Main Street
Suite 101
Cape May Court House, N.J  08210
Tel 609-465-2122

March 2, 2005

Mr. Oskar P. Lewnowski
Winchester Global Trust Company
20 Reid Street
Hamilton, Bermuda  HM  II

I.R.S. 22-2406641

FOR PROFESSIONAL SERVICES RENDERED

RE:  Winchester Global Trust Company
     Tax Lien Trust
     RTL

PAST DUE ACCUMULATED FLAT FEES. . . . . . . . . . . .    $126,593.24

               TOTAL DUE                                 $126,593.24

# YOUNGBLOOD CORCORAN LAFFERTY HYBERG & WALDMAN P.A.

COUNSELLORS AT LAW

3205 Fire Road
Post Office Box 850
Pleasantville, NJ 08232
Tel 609.645.2201  Fax 609.645.8959
www.yclegal.com

CHAD M SHERWOOD

Email: csherwood@yclegal.com

March 2, 2005

SENT REGULAR/CERTIFIED MAIL:  RRR
Mr. Oskar P. Lewnowski
Winchester Global Trust Company
20 Reid Street
Hamilton, Bermuda  HM  II

RE:  Winchester Global Trust Company
     Tax Lien Trust
     RTL

Dear Mr. Lewnowski:

A review of our file indicates a past due balance in the amount of $126,593.24 which is currently outstanding. We have enclosed herein a copy of our billing statement which reflects the outstanding balance. Since this bill has been outstanding for such a long period of time without a favorable response from you, we have no other alternative but to pursue the appropriate legal action against you to collect same.

Please be advised that we intend to institute suit against you for purposes of collecting the balance due our firm for legal fees and costs, on and after 30 days from your receipt of this letter. Please be further advised that, pursuant to R. 1:20A-6, you have the right to request fee arbitration and that you should contact the fee arbitration secretary to request the appropriate forms. If you do not promptly communicate with the fee secretary and file the approved form of Request For Fee Arbitration within 30 days from the date of your receipt of this letter, you shall lose the right to initiate fee arbitration. Fee arbitration requests should be made to:

Michael Pirolli, Secretary
109 West Broad Street
Bridgeton, New Jersey  08302
(856) 453-1962

If I do not hear from you within this time period, appropriate legal action will be taken.

ATLANTIC CITY - EGG HARBOR TOWNSHIP - CAPE MAY COURT HOUSE
*Established 1878*

Date Stamp

Youngblood Circean
P.O. Box 850
Pleasantville N.J. 08232

Mr Oskar P Lewnowski
Winchester Global Trust Co
28 Reid St.
Hamilton Bermuda HM 11

3805. Receipt for Recommended Mail

Item Description (Nature de l'envoi)
☒ Registered Article (Envoi recommandé)
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Letter (Lettre)   ☒ Printed Matter (Imprimé)   ☐ Other (Autre)   ☐ Recorded Delivery (Envoi à livraison attestée)   ☐ Express Mail   ☐ Mail International

Insured Value (Valeur déclarée): 0
Article Number: RB 151 201 550

Office of Mailing (Bureau de dépôt):
Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Mr Oskar P Lewnowski / Winchester Trust
Street and No. (Rue et No.) 28 Reid St.
Place and County (Localité et Pays) Hamilton Bermuda HM 11

(A remplir par le bureau d'origine) Completed by the office of origin.

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire, ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 10/3/01

Office of Destination / Employee Signature (Signature de l'agent du bureau de destination)

Signature of Addressee (Signature du destinataire)

PS Form 2865, February 1997 (Reverse)

(A compléter à destination.) Completed at destination.

ATLANTIC COUNTY COURT HOUSE
SUPERIOR COURT LAW DIV
1201 BACHARACH BLVD
ATLANTIC CITY          NJ 08401

COURT TELEPHONE NO. (609) 345-6700
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE:    APRIL 18, 2005
RE:      YOUNGBLOOD CORCORAN VS WINCHESTER GLOBAL TRUST ETA
DOCKET:  ATL L -002586 05

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 1.

DISCOVERY IS    150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:    HON WILLIAM E. NUGENT

AT:  (609) 343-2304.

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    003

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

ATTENTION:

ATT: CHAD M. SHERWOOD
YOUNGBLOOD CORCORAN LAFFERTY S
3205 FIRE ROAD
PO BOX 850
PLEASANTVILLE         NJ 08232

JUJFM3

APR 20 2005

**YOUNGBLOOD CORCORAN LAFFERTY
 HYBERG & WALDMAN, P.A.**
3205 Fire Road; Post Office Box 850
Pleasantville, New Jersey  08232
(609)645-2201 telephone/(609)645-8959 facsimile

Attorneys for Plaintiffs
Our File No.

---

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, P.A., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiff(s) | Docket No. |
| v. | CIVIL ACTION |
| WINCHESTER GLOBAL TRUST COMPANY, TAX LEIN TRUST, RTL and JOHN DOE COMPANIES (1-5), | SUMMONS |
| Defendant(s) | |

---

**THE STATE OF NEW JERSEY
To the above named Defendant(s):** Tax Lien Trust
c/o Winchester Global Trust Company
20 Reid Street
Hamilton, Bermuda  HM  II

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey.  The Complaint attached to this Summons states the basis for this lawsuit.  If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it.  (The address of each Deputy Clerk of the Superior Court is provided.)  If the Complaint is one in foreclosure, then you must file your written Answer, Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ  08625.  A $110.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your Answer or Motion when it is filed.  You must also send a copy of your Answer or Motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and completed Case Information Statement)  if you want the court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

*Donald F. Phelan* /s/
DONALD F. PHELAN
Clerk of the Superior Court

Dated:   April 25, 2005
Name of Defendant to be served:      Tax Lien Trust
Address of Defendant to be served:   c/o Winchester Global Trust Company
                                     20 Reid Street
                                     Hamilton, Bermuda   HM II

ATLANTIC COUNTY
Deputy Clerk of the Superior Ct,
Civil Division, Direct Filing
1201 Bacharach Blvd; 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(6090 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY
Deputy Clerk of the Superior Ct
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY
Deputy Clerk of the Superior Ct
Central Processing Office
Attn: Judicial Intake
First Fl.; Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY
Deputy Clerk of the Superior Ct
Civil Processing Office
1st Floor; Hall of Records
101 S. Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(6090 964-2010

CAPE MAY COUNTY
Deputy Clerk of the Superior Ct
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY
Deputy Clerk of the Superior Ct
Civil Case Management Office
Broad & Fayette Sts; P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(6090) 692-6207
LEGAL SERVICES
(609) 451-0003

ESSEX COUNTY
Deputy Clerk of the Superior Ct
237 Hall of Records
465 Dr. Martin Luther King Blvd.
Newark, NJ 08102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

GLOUCESTER COUNTY
Deputy Clerk of the Superior Ct
Civil Case Management Office
Attn: Intake
First Fl.; Court House
1 N. Broad Street; P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

HUDSON COUNTY
Deputy Clerk of the Superior Ct
Superior Ct, Civil Records Dept.
Brennan Court House; 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(2010) 792-6363

HUNTERDON COUNTY
Deputy Clerk of the Superior Ct
Local Filing Office; Courthouse
175 S. Broad St; P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY
Deputy Clerk of the Superior Ct
Administration Building
Third Floor
1 Kennedy Sq.; P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

MONMOUTH COUNTY
Deputy Clerk of the Superior Ct
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0020

MORRIS COUNTY
Deputy Clerk of the Superior Ct.
Civil Division
30 Schuyler Pl; P.O. box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(2010) 267-5882
LEGAL SERVICES
(2010) 285-6911

OCEAN COUNTY
Deputy Clerk of the Superior Ct
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727

PASSAIC COUNTY
Deputy Clerk of the Superior Ct
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223
LEGAL SERVICES
(201) 345-7171

SALEM COUNTY
Deputy Clerk of the Superior Ct
92 Market St; P.O. box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

SOMERSET COUNTY
Deputy Clerk of the Superior Ct
Civil Division Office
New Court House; 3rd Floor
P.O. box 3000
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY
Deputy Clerk of the Superior Ct
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

UNION COUNTY
Deputy Clerk of the Superior Ct
1st Floor; Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY
Deputy Clerk of the Superior Ct
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(2010) 267-5882
LEGAL SERVICES
(908) 475-2010