George R. Hirsch (GH 8284)
Michael J. Connolly (MC 7610)
BRESSLER, AMERY & ROSS, P.C.
P.O. Box 1980
Morristown, New Jersey 07962
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200

*Attorneys for Defendants Winchester Global
Trust Company Limited and RTL International Limited*

Adam S. Hakki (AH 3561)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, P.A., | Civil Action No. 05-cv-2785 |
| Plaintiff, | |
| - against - | **DECLARATION OF MICHAEL J. CONNOLLY** |
| WINCHESTER GLOBAL TRUST COMPANY, TAX LIEN TRUST, RTL and JOHN DOE COMPANIES (1-5), | |
| Defendants. | |

---

**MICHAEL J. CONNOLLY**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney-at-law of New Jersey and a member of the Bar of this Court.

2. As counsel to the firm of Bressler, Amery & Ross, P.C., I have responsibility on behalf of Defendants Winchester Global Trust Company Limited and RTL International Limited in the captioned matter.

3. I make this Declaration in support of the Application for admission *pro hac vice* to this Court of Michael W. Cordera, Esq. and Adam S. Hakki, Esq.

4. Mr. Hakki and Mr. Cordera are with the law firm of Shearman & Sterling, LLP. Their Declarations demonstrate that their applications are in compliance with Local Civil Rule 101.1(c) for admission *pro hac vice* to this Court.

5. Their admissions *pro hac vice* would benefit the movants and assist in the prompt and efficient resolution of this matter.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

_____
Michael J. Connolly

Dated: October 7, 2005

747360_1