IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, PA, <br><br> Plaintiff, <br><br> v. <br><br> WINCHESTER GLOBAL TRUST CO., et al., <br><br> Defendants. | Civil No. 05-2785 (FLW) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the Status Conference on January 12, 2006; and the Court noting the following appearances: Chad M. Sherwood, Esquire, appearing on behalf of plaintiff; and George R. Hirsch, Esquire, appearing on behalf of defendant.

**IT IS** this **12th** day of **January, 2006,** hereby **ORDERED:**

1.  Pretrial factual discovery is hereby extended to **April 30, 2006.** All pretrial discovery shall be concluded by that date.

2.  Dispositive motions shall be filed with the Clerk of the Court no later than **June 2, 2006,** with a return date of **July 7, 2006.** Opposition to the motion should be served in a timely fashion. Counsel are to follow Local Civil Rules 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice - Generally).

3.  The Court will conduct a telephone status conference on **April 10, 2006 at 9:30 A.M.**. **Plaintiff's counsel shall initiate the telephone conference.**

4.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Rule 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

5.   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel B. Rosen
JOEL B. ROSEN
United States Magistrate Judge