IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| YOUNGBLOOD, CORCORAN, LAFFERTY, HYBERG & WALDMAN, PA,<br><br>            Plaintiff,<br><br>     v.<br><br>WINCHESTER GLOBAL TRUST CO., et al.,<br><br>            Defendants. | Civil No. 05-2785 (FLW) |

### RE-SCHEDULING ORDER

**IT IS** this **6th** day of **February, 2006** hereby **ORDERED:**

Due to a conflict, the Court has rescheduled the telephone Status Conference originally scheduled on April 10, 2006. The new date for this conference is **April 17, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the telephone conference.**

                                        s/Joel B. Rosen
                                        JOEL B. ROSEN
                                        United States Magistrate Judge